UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, | No. 2:20-cv-0441-EFB P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, | |
| Respondent. | |

Mr. Overton is a state prisoner proceeding without counsel. This action was opened when he filed a petition for a writ of habeas corpus. ECF No. 1. He did not, however, properly commence this action because he did not sign the petition.

On March 10, 2020, the court informed Mr. Overton that it could not review his petition because he had not signed it. ECF No. 3 (citing Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.")). The court also warned Mr. Overton that to proceed with this action he must either file an in forma pauperis affidavit or pay the required filing fee. The court warned Mr. Overton that failure to comply with the court's order could result in this case being closed.

/////

/////

To date, Mr. Overton has not filed a signed petition, an application for leave to proceed in forma pauperis, or paid the filing fee. Instead, he has filed a frivolous "motion" to receive "10 billion dollars." ECF No. 5. In the absence of a signed petition and payment of the filing fee or an application to proceed in forma pauperis, there is simply no case before the court.

Accordingly, the Clerk of the Court is directed to close this case.

DATED: April 13, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE