UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>           Petitioner,<br><br>     v.<br><br>CALIFORNIA HEALTH CARE FACILITY,<br><br>           Respondent. | No.  2:20-cv-0441-EFB P<br><br><br>ORDER |

On April 13, 2020, this action was closed because Mr. Overton failed to file a signed petition for writ of habeas corpus and either file an application for leave to proceed in forma pauperis or pay the filing fee. ECF No. 6. On April 13, 2020, Mr. Overton filed a motion "to re-open case [and] receive ten billion dollars." ECF No. 7.  Without explanation, he asks that the court reopen this action "with in forma pauperis paid for." *Id.*

The court takes no action on Mr. Overton's filing as there simply was never a case properly before the court and this action is now closed.  Mr. Overton may, if appropriate, commence a new civil action to litigate any alleged violations of his civil rights while incarcerated.  However, Mr. Overton is hereby informed that the court will not respond to future

/////

1

1 filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal
2 Rules of Appellate Procedure.  The Clerk is directed to terminate ECF No. 7.
3     So ordered.
4 Dated:  May 4, 2020.

                 EDMUND F. BRENNAN
                 UNITED STATES MAGISTRATE JUDGE